

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen Carey Gulliver
Colleen.Gulliver@us.dlapiper.com
T  212.335.4737
F  917.778.8037

June 8, 2021

**BY ECF**
The Honorable John P. Cronan
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *Skibicki v. Nurture Inc.*, *et al.*, Case No. 1:21-cv-02553-JPC
     Letter Motion to Adjourn Initial Pretrial Conference

Dear Judge Cronan:

We represent Defendant Nurture, Inc. ("Nurture") in the above-referenced action. Pursuant to Section 3(B) of this Court's Individual Practice Rules, Nurture writes to respectfully request an adjournment of the Initial Pretrial Conference (the "IPTC") scheduled for June 14, 2021 at 10:30 a.m. (ECF No. 6). The plaintiff consents to Nurture's request.

On April 8, 2021, the plaintiff filed a Related Case Statement (ECF No. 9), which notified the Court that this action is related to *Stewart et al. v. Nurture, Inc.*, 1:21-cv-01217-MK, pending before the Honorable Mary Kay Vyskocil. The *Stewart* plaintiffs filed a motion to consolidate the *Stewart* action with other recently filed related actions against Nurture "as well as any subsequently filed or transferred related actions, for all purposes." (*Stewart*, ECF No. 14) (the "Consolidation Motion"). On March 29, 2021, the *Stewart* plaintiffs notified the Court that their Consolidation Motion encompassed *Skibicki* as a subsequently filed action. (*Stewart*, ECF No. 19). The consolidation motion is fully briefed and pending a decision by Judge Vyskocil.

Nurture respectfully requests that this Court adjourn the IPTC until Judge Vyskocil rules on the Consolidation Motion, which will impact how this case proceeds. Moreover, Nurture's deadline to answer, move or otherwise respond to the Complaint is not until July 7th. (*See* ECF No. 13).

This is Nurture's first request for an adjournment of the IPTC and this extension will not affect any other pending deadlines set by Court order.



Respectfully submitted,

*/s/ Colleen Carey Gulliver*
Colleen Carey Gulliver

cc: All counsel of record (by ECF)

The IPTC scheduled for June 14, 2021 at 10:30 a.m. is adjourned *sine die*. The parties shall submit a joint letter updating the Court on the status of this case and the pending motion to consolidate by July 8, 2021.

SO ORDERED.

Date: June 8, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge