

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Colleen Carey Gulliver
Colleen.Gulliver@us.dlapiper.com
T  212.335.4737
F  917.778.8037

July 2, 2021

**BY ECF**
Honorable Mary Kay Vyskocil
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   7/7/2021
```

Re:   *Gothot v. Nurture, Inc.*, Case No. 1:21-cv-4997-MKV
      *Gutierrez v. Nurture Inc.*, Case No. 1:21-cv-03499-MKV
      *Hampton et. al. v. Nurture Inc.*, Case No. 1:21-cv-01882-MKV
      *Jain v. Nurture Inc.*, Case No. 1:21-cv-01473-MKV
      *Skibicki v. Nurture Inc., et al.*, Case No. 1:21-cv-02553-MKV
      *Smith v. Nurture Inc.*, Case No. 1:21-cv-01534-MKV
      *Strobel v. Nurture Inc.*, Case No. 1:21-cv-02129-MKV
      *Wood, et. al. v. Nurture Inc.*, Case No. 1:21-cv-03159-MKV
      **Letter Motion for Continuance of Time to Respond to the Complaint**

Dear Judge Vyskocil:

    We represent Defendant Nurture, Inc. ("Nurture") in the above-referenced actions. Pursuant to Section 2(G) of this Court's Individual Practice Rules, Nurture writes to respectfully request a continuance of Nurture's time to respond to the complaint in each of the above-referenced actions, from July 7, 2021 until such time as this Court rules on the motion to consolidate pending in *Stewart et al. v. Nurture, Inc.*, 1:21-cv-01217-MKV (the "Consolidation Motion"), lead counsel is appointed, and a schedule for amending the consolidated complaint and its subsequent response is negotiated.

    The unopposed Consolidation Motion seeks to consolidate 5 cases pending against Nurture at the time the motion was filed and any other subsequently filed or transferred related actions, only to the extent such actions name Nurture as the sole baby food manufacturer defendant and do not allege any personal injury and product liability claims for non-economic damages, which to date includes 7 additional actions that were subsequently filed or transferred (the "Consolidation Motion") (*Stewart*, ECF Nos. 13-15, 19-21, 33-34).[1]  The Consolidation Motion encompasses each of the above-referenced actions.  (*See id.*).  Nurture seeks this extension in the interest of judicial economy

---

[1] No party has objected to the consolidation of the actions currently subject to the Consolidation Motion.  Certain plaintiffs have opposed the request to set a schedule for briefing of appointment of lead counsel.



Honorable Mary Kay Vyskocil
July 2, 2021
Page 2

and to preserve the parties' and Court's resources until such time as the Consolidation Motion is decided.

This is Nurture's second request for an extension of time to respond to the complaint in *Gothot*, *Gutierrez*, *Hampton*, *Skibicki*, and *Wood*, and third request in *Jain*, *Strobel*, and *Smith*. Each prior request was granted. This extension will not affect any pending deadlines set by Court order. This request is made with the consent of the Plaintiffs in each of the above-referenced actions.

Respectfully submitted,

*/s/ Colleen Carey Gulliver*
Colleen Carey Gulliver

cc:     All counsel of record (by ECF)

---

**Granted. SO ORDERED.**

Date: 7/7/2021
New York, New York

Mary Kay Vyskocil
United States District Judge